MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-363 RS |
|     Plaintiff, | STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] ORDER |
|     v. | |
| KENDRICK MOORE, | |
|     Defendant. | |

## STIPULATION

The United States of America, by and through Special Assistant United States Attorney Philip Kopczynski, and Kendrick Moore, by and through his attorney Richard Tamor, hereby stipulate that, with the Court's approval, the time between August 18, 2015 and September 22, 2015 is excludable under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for continuity of counsel and

///
///
///
///
///

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. CR 15-363 RS

1  effective preparation by counsel.

2      IT IS SO STIPULATED.

3  Dated: August 18, 2015               ___/s/_____
                                               PHILIP KOPCZYNSKI

4                                                 Special Assistant United States Attorney

5

6  Dated: August 18, 2015               ___/s/_____

7                                                 RICHARD TAMOR
                                               Attorney for Defendant

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. CR 15-363 RS

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties,

THE COURT FINDS that failing to exclude the time between August 18, 2015 and September 22, 2015 would unreasonably deny the defendant continuity of counsel, and also deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between August 18, 2015 and September 22, 2015 from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between August 18, 2015 and September 22, 2015 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: August 19, 2015

_____
THE HONORABLE RICHARD SEEBORG
United States District Judge

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. CR 15-363 RS