**RICHARD A. TAMOR, ESQ.**
TAMOR & TAMOR
The Sierra Building
311 Oak Street, Suite 108
Oakland, California 94607
Telephone: (415) 655-1969
Facsimile: (415) 887-7658
www.TamorLaw.com

Attorneys for Defendant,
KENDRICK MOORE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENDRICK MOORE,<br><br>　　　　Defendant. | CASE NO. CR-15-00363 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE TO AUGUST 20, 2019 |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. Following a new arrest of Mr. Moore, the parties appeared before the Magistrate Judge Hixson on June 27, 2019, for an initial appearance on a new

Form 12.

2. Mr. Moore's next scheduled appearance is July 16, 2019 at 2:30 p.m. before Judge Richard Seeborg.

3. The parties anticipate an amended Form 12 being filed after an investigation by U.S. Probation of Mr. Moore's recent arrest.

4. Based on the foregoing, the parties hereby agree and stipulate to continue the status conference scheduled for July 16, 2019 to August 20, 2019, at 2:30 p.m.

IT IS SO STIPULATED.

DATED: July 12, 2019          David L. Anderson
United States Attorney

_____/s/_____
By: Philip A. Kopczynski
Assistant United States Attorney

DATED: July 12, 2019          _____/s/_____
RICHARD TAMOR
Counsel for Kendrick Moore

[~~PROPOSED~~] ORDER

Based upon the above-described Stipulation, THE COURT ORDERS THAT the Status Conference currently scheduled for July 16, 2019 is continued to August 20, 2019 at 2:30 p.m.

DATED: July 12, 2019

_____
HON. RICHARD SEEBORG
United States District Judge