1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7027
       philip.kopczynski@usdoj.gov
8
   Attorneys for United States of America
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 15-363 RS |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE<br>) STATUS HEARING; ORDER |
| v. | ) |
| KENDRICK MOORE, | ) |
| Defendant. | ) |

**STIPULATION**

Because of the unavailability of government counsel, the parties stipulate that, with the Court's approval, the status hearing scheduled for August 27, 2019, at 2:30 p.m. will be continued to September 10, 2019, at 2:30 p.m.

Dated: July 25, 2019         ___/s/_____
                             PHILIP KOPCZYNSKI
                             Assistant United States Attorney


Dated: July 25, 2019         ___/s/_____
                             RICHARD TAMOR
                             Attorney for Defendant


STIP. TO CONTINUE
NO. CR 15-363 RS

**ATTESTATION**

I, Philip Kopczynski, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that Richard Tamor has concurred in this filing.

___/s/_____
PHILIP KOPCZYNSKI

**ORDER**

It is so ordered.

Dated: July _26_, 2019

_____
HON. RICHARD SEEBORG
United States District Judge

STIP. TO CONTINUE
NO. CR 15-363 RS