STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

PHILIP KOPCZYNSKI (NYBN 4627741)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7027
    philip.kopczynski@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-363 RS |
| Plaintiff, | STIPULATION TO CONTINUE; ORDER |
| v. | |
| KENDRICK MOORE, | |
| Defendant. | |

The parties agree that, with leave of Court, the status conference set for May 10, 2021, at 1:00 p.m. should be continued to June 14, 2021. This continuance will allow additional time for the Probation Office to file an anticipated amended violation petition, and to finish its review of cell phone evidence seized from the defendant, as discussed at the last status hearing. Probation supports this requested continuance.

The undersigned Assistant U.S. Attorney certifies that counsel for the defendant has consented to the filing of this stipulation.

//

STIPULATION
NO. CR 15-363 RS

| | |
|---|---|
| Dated: May 6, 2021 | Respectfully submitted,<br><br>STEPHANIE M. HINDS<br>Acting United States Attorney<br><br>_____/s/_____<br>PHILIP KOPCZYNSKI<br>Assistant United States Attorney<br><br><br>_____/s/_____<br>RICHARD TAMOR<br>Counsel for Defendant Kendrick Moore |

**ORDER**

Good cause appearing, the status conference is continued to June 14, 2021, at 1:00 p.m.

IT IS SO ORDERED.

DATED: May 7, 2021

_____
HON. RICHARD SEEBORG
Chief United States District Judge

STIPULATION
NO. CR 15-363 RS